## OTTLEY ᴇᴛ ᴀʟ. *v.* LONG ISLAND COLLEGE HOSPITAL.

No. 1045.   Decided April 21, 1969.

*Stephen C. Vladeck* and *Judith P. Vladeck* for appellants.

*Theodore R. Iserman* and *Frederick T. Shea* for appellee.

*Louis J. Lefkowitz,* Attorney General of New York, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Maria L. Marcus* and *Amy Juviler,* Assistant Attorneys General, for the Attorney General of New York as *amicus curiae* in support of appellants.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.